IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONNIE JAMES COLVIN, III,<br><br>Defendant. | 8:23CR247<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, Ronnie James Colvin, III (Filing No. 28). Stuart J. Dornan has filed an entry of appearance as retained counsel for Ronnie James Colvin, III. Therefore, Kelly M. Steenbock's motion to withdraw (Filing No. 28) will be granted.

Kelly M. Steenbock shall forthwith provide Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to Ronnie James Colvin, III's defense.

The clerk shall provide a copy of this order to Stuart J. Dornan.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge