IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONNIE JAMES COLVIN, III, and<br>JONATHAN AYER,<br><br>    Defendants. | 8:23CR247<br><br>ORDER |

This matter is before the Court on defendant Ronnie James Colvin's Unopposed Motion to Continue Trial (Filing No. 81). Counsel needs additional time to conduct plea negotiations. Counsel for the government and co-defendant Jonathan Ayer, have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 81) is granted as follows:

1. The jury trial, **for both defendants**, now set for February 3, 2025 is continued to **March 17, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 17, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 30th day of January 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge