IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE JAMES COLVIN, III,<br><br>Defendant. | **8:23CR247**<br><br><br>**ORDER** |

Before the Court is non-party Oliva Gross's Request for Transcript (Filing No. 134) of the sentencing hearing held August 14, 2025.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 134) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Olivia Gross at 5742 N. 34th Street, Omaha, Nebraska 68111.
3. Court reporter Rogene Schroder is directed to advise Olivia Gross of the cost to obtain the transcript. Olivia Gross will be responsible for that transcript cost.

Dated this 17th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge